FILED 19 MAY '25 11:00USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Tyler William Long )   Civil Case No. 25-858
_(Enter full name of plaintiff)_       (to be assigned by Clerk's Office)

Plaintiff,

v.   COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

OHSU,
C/O Adventist Medical Center   Jury Trial Demanded
Dr. Steven Iambrou   ☒ Yes   ☐ No

_(Enter full name of ALL defendant(s))_

Defendant(s).

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: Tyler William Long #750846
Street Address: 11540 NE Inverness Dr.
City, State & Zip Code: Portland, OR 97220
Telephone No.: 254 217 3139

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: OHSU (oregon health science University)
Street Address: 3181 SW Jackson Park Rd.
City, State & Zip Code: Portland, or
Telephone No.: _____

**Defendant No. 2**   Name: Adventist Medical Center
Street Address: 10300 SE Main St.
City, State & Zip Code: Portland, or 97216
Telephone No.: _____

**Defendant No. 3**   Name: DR MD Steven lambrov
Street Address: 10300 SE main St.
City, State & Zip Code: Portland, or 97216
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                              2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

42 USC §1983, 18 USC §1503, 18 USC §242
8th and 14th amendment violated

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 2-20-25 I was admitted to adventist due to Traumatic GSW. I was treated poorly and was instantly profiled when police put handcuffs on me. As the result of being profiled and Neglected, I was pre-maturally discharged Into police custody via police car. In Which Trauma patient protocol was ignored and lack of proffesionalism was demonstrated. Such naglagience resulted in resuscatation was need at 2nd hospital later that afternoon.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Adventist Medical Center is owned and operated by Oregon health Science University

OHSU has certain protocols around Medical Transportation/Trauma Care Etc Etc. I Believe That I was Treated unjustly and neglected on a not only a biased but very prejudice way. All in which result in a Un-Justifiable manner. I hope nobody need go thrw this, Especially @ a time in dyer need of proper Medical attention

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

DR. Lambrew was the discharging Doctor @ adventist Emergency room day of Incident 2-20-2025. I lost 1 litre of blood in holding cell. I dont believe this would have happend givin that DR. followed protocol and put me In a ambulance rather a police car. I'm Confident in Saying, the discharging Dr. willingly and knowingly neglected to See proper protocols all the way through.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Wherefore Tyler Long respectfully pray that this court enter judgement by granting Tyler Long a deneration that the acts and omissions described herein violate his rights under the constitution and laws of the United States and granting Tyler Long compensatory damages in the amount of 10 million dollars against facility and 1 million dollars to each defendant joint and severally. Tyler Long also seeks 2.5 million for punitive damages, also pressing criminal charges to highest extent possible

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of May, 2025.

*(Signature of Plaintiff)*